UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

JONATHAN JUSTIN WILLIAMS,

Defendant.

Case No.: **20-MJ-4808**

COMPLAINT FOR VIOLATION OF:

18 U.S.C. § 922(g)(1) –
Felon in Possession of a Firearm;

The undersigned complainant being duly sworn states:

COUNT ONE

On or about October 16, 2020, within the Southern District of California, defendant JONATHAN JUSTIN WILLIAMS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Mossberg, model 500, 12 gauge pump action shotgun bearing serial number V0516819; in violation of Title 18, United States Code, Section 922(g)(1).
//
//

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Arnesha Bahn
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __4__ day of November, 2020.

_____
HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about October 16, 2020, at approximately 2155 hours, Oceanside Police Department ("OPD") officers traveling northbound on North Tremont Street, observed a white BMW sedan bearing CA license plate 8PNH784, two vehicles ahead of their patrol vehicle. Officers observed the white BMW sedan fail to make a complete stop at the intersection of North Tremont Street and Pier View Way in violation of CVC 22450(a) – Stop Sign Violation. The location is a four-way intersection that is controlled by visible stop signs and clearly marked limit lines.

The officers pulled behind the vehicle and initiated a traffic stop of the vehicle which yielded near the intersection of North Coast Highway and Civic Center Drive within the Southern District of California. Officers approached the vehicle and contacted the driver of the vehicle, Jonathan Justin WILLIAMS, ("WILLIAMS") and the female passenger, J.B., who was arrested during this event for possessing heroin in a zippered pouch inside her purse as well as 10 grams of methamphetamine that was attributed to her.

While speaking with officers, WILLIAMS advised the officers he was on AB-109, a form of court supervision, and record checks confirmed WILLIAMS was on Post Release Community Supervision ("PRCS") with a 4th Amendment waiver condition. Records check and a phone conversation with his probation officer also confirmed WILLIAMS was known to law enforcement and his probation officer to be a member of the Emerald Hills Bloods criminal street gang.

Officers discovered a pair of brass knuckles inside the center console next to WILLIAMS' cell phone. During a search of the engine compartment, officers located a Mossberg, model 500, 12 gauge pump action shotgun bearing serial number V0516819,

which was inside of a black sheath that was laying on top of the engine. A record check of the shotgun revealed it had been stolen out of Riverside County on June 20, 2020. Based on training and experience, I know that gang members often carry or have ready access to weapons to show personal commitment to their gang, to earn or increase their reputation as a violent gang member, and to protect themselves from rival gang members. In the trunk, officers located two (2) unexpended Winchester shotgun shells inside of a black and orange Rigid toolbox. Additionally, officers located a Colt magazine containing six (6) unexpended .22 caliber rounds within the spare tire compartment beneath the carpeting. WILLIAMS was placed under arrest for violations of PC 29800(A)(1) – Felon in possession of a firearm, PC 186.22(B)(1) – Promote/assist criminal street gang, PC 30305(B)(1) – Prohibited street gang member possessing ammunition, PC 21810 – possession of brass knuckles, and PC 3455 – PRCS Violation.

Preliminary records checks revealed the following criminal history listed below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 12/14/1999 | CASC – Vista | CNT 1: 10851 (A) VC Take Veh W/O consent/Veh theft (Felony) | 3 Years' Probation, Fine 120 Days' Jail |
| 05/08/2000 | CASC – Vista | CNT 3: 11377 (A) HS-Possess Controlled Substance (Felony) | 5 Years' Probation, Fine 260 Days' Jail |
| 03/05/2001 | CASC – Vista | CNT 1: 11550 (A) Use/Under Influence Controlled Substance (Felony) | 3 Years' Probation Fine 90 Days' Jail |
| 03/29/2001 | CASC – Vista | CNT 3: 496 (A) PC-Receive/Etc Known Stolen Property (Felony) | 2 Years' Prison |

4

| | | | |
|---|---|---|---|
| 06/27/2005 | CASD – Corr RJ Donovan | CNT 1: 211 PC: Robbery: First Degree (Felony) with 212.5 condition | 5 Years' Prison |
| 06/08/2010 | CASO – San Diego | CNT 1: 11377 (A) HS-Possess Controlled Substance (Felony) | 16 Months' Prison |
| 03/06/2012 | CASD – Corr RJ Donovan | CNT 1: 11377 (A) HS-Possess Controlled Substance (Felony) | 32 Months' Prison |
| 10/09/2014 | CASD – Corr Chino Central | Possession ID of 10+ Prn: W/Intent to Defraud | 16 Months' Prison |
| 10/14/2015 | CASC – Vista | CNT 1: 496 (A) PC-Receive/Etc Known Stolen Property (Felony) CNT 2: Poss Prsnl ID W/Intent to Defraud (Felony) CNT 3: (4573 PC )Bring Control Sub/ETC into Prison (Felony) CNT 4: (4573.6) PC Possess Control Sub/ETC in Prison (Felony) | 3 Years' Probation Fine 365 Days' Jail |
| 10/31/2016 | CASC – Corr Chino Central | CNT 1: (4573 PC )Bring Control Sub/ETC into Prison (Felony) CNT 2: (4573.6) PC Possess Control Sub/ETC in Prison (Felony) | 5 Years' Prison |
| 02/11/2019 | CASD – Corr Chino Central | (245(A)(4) PC ADW with Force: Possible Great Bodily Injury | 4 Years' Prison |

5

The firearm was seized and inspected.  Preliminary checks revealed that the firearm was not manufactured in California.  Therefore, the firearm and ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.